# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

No. 4,601.—JOS. H. SCHMUKE, Respondent, *v.* CHICAGO,
MIL. & ST. PAUL RY. CO., Appellant.

*Appeal from District Court of Gallatin County; Ben B.
Law, Judge.*

Decided May 8, 1920.

PER CURIAM.—Pursuant to motion of appellant herein,
the appeal in the above-entitled cause is dismissed.

*Mr. Charles J. Marshall,* for Appellant.

*Mr. H. C. Carlson,* for Respondent.